United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 10 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

KEVIN W. JAMES
& CHASE W. JAMES plus under A.D.A. rights
Plaintiff,

v

Cherokee County Superior Court, Judicial Qualifications
Cobb County Superior Court      Commission, JQC
Fulton County Superior Court    Georgia Court of Appeals
                                Supreme Court of Georgia
Defendant,

Case Number: 1:21-CV-1983

Pattern of RICO
18 USC 1961

There is a pattern of Racketeering & Corruption in the Georgia Judiciary and the various State Agencies included, but Not limited to the above, listed in this complaint. There has been a consistent denial of very basic civil rights, of the father Kevin W. James and his "Special Needs" son Chase W. James and continually DENIED Due process

Kevin W. James